# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CECIL M. FERGUSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case no.: 5:13-CV-1678-AKK-JEO |
| | ) |
| CITY OF JASPER, ALABAMA, et. al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 14, 2014, recommending all claims against all defendants in this action be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).  The magistrate judge further recommended the court decline to exercise supplemental jurisdiction over the plaintiff's state law claims, and that those claims be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).  No objections were filed by the plaintiff.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2) for failing

to state a claim upon which relief may be granted, and seeking monetary relief from defendants who are immune. The plaintiff's state law claims are due to be **DISMISSED WITHOUT PREJUDICE** because the court declines to exercise jurisdiction. A Final Judgment will be entered.

    **DATED**, this 2nd day of October, 2014.

                                                _____
                                                  **ABDUL K. KALLON**
                                          UNITED STATES DISTRICT JUDGE